PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-00135-CKD |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| JASWINDER SINGH, | |
| Defendant. | |

      Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys CHRISTOPHER S. HALES and ROSANNE L. RUST, and defendant JASWINDER SINGH, both individually and by and through his retained counsel, RONALD HEDDING, hereby stipulate as follows:

      1.      The Complaint in this case was filed on August 25, 2021, and defendant first appeared before a judicial officer in the Central District of California on August 27, 2021 (C.D. Cal. Case No. 2:21-MJ-04027-DUTY-1). Defendant was ordered released at his initial appearance, but was still in custody finalizing issues with his bond package until late September 7, 2021. Defendant is scheduled for arraignment before the Court on Friday, September 10, 2021, at 2:00 p.m.

      2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to September 30, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to

1 allow the defense reasonable time for preparation, and for the government's continuing investigation of
2 the case.  The defendant is in receipt of the complaint affidavit setting forth detailed facts regarding the
3 investigation and the government is in the process of preparing a protective order and preliminary
4 discovery to provide to defense counsel that consists of reports and audio recordings to assist in defense
5 preparation.  Additionally, the delay is required to allow the parties to attempt to negotiate a pre-
6 indictment resolution of the case.  The parties further agree that the interests of justice served by
7 granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.
8 18 U.S.C. § 3161(h)(7)(A).

    3.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between September 8, 2021 and September 30, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  September 8, 2021　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ ROSANNE L. RUST
　　　　　　　　　　　　　　　　　　　　　　ROSANNE L. RUST
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER S. HALES
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

Dated:  September 8, 2021　　　　　　　　By:　/s/ RONALD HEDDING
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　JASWINDER SINGH

STIPULATION AND [PROPOSED] FINDINGS AND ORDER    2

PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-00135-CKD |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUDING TIME |
| v. | |
| JASWINDER SINGH, | |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 8, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///
///
///

STIPULATION AND [PROPOSED] FINDINGS AND ORDER    1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to September 30, 2021, at 2:00 p.m.

2. The time between September 8, 2021, and September 30, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: September 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE