```
1   PHILLIP A. TALBERT
    Acting United States Attorney
2   ROSANNE L. RUST
    CHRISTOPHER S. HALES
3   Assistant United States Attorneys
    501 I Street, Suite 10-100
4   Sacramento, CA 95814
    Telephone: (916) 554-2700
5   Facsimile: (916) 554-2900

6   Attorneys for Plaintiff
    United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-00135-CKD |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| JASWINDER SINGH, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys CHRISTOPHER S. HALES and ROSANNE L. RUST, and defendant JASWINDER SINGH, both individually and by and through his retained counsel, RONALD HEDDING, hereby stipulate as follows:

1.      The Complaint in this case was filed on August 25, 2021, and defendant first appeared before a judicial officer in the Central District of California on August 27, 2021 (C.D. Cal. Case No. 2:21-MJ-04027-DUTY-1). Defendant was ordered released at his initial appearance on a $750,000 unsecured bond and several special conditions. Defendant then had his arraignment before the Court here in the Eastern District of California on Friday, September 10, 2021, at 2:00 p.m.

2.      By this stipulation, the parties jointly move for an extension of time of the currently scheduled preliminary hearing date from September 30, 2021, at 2:00 p.m., before the duty Magistrate Judge, to November 4, 2021, at 2:00 p.m., pursuant to Rule 5.1(d) of the Federal Rules of Criminal

STIPULATION AND [PROPOSED] FINDINGS AND ORDER        1

Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The defendant is in receipt of the complaint affidavit setting forth detailed facts regarding the investigation, and the government has produced preliminary discovery to the defendant pursuant to the parties' Protective Order, including but not limited to, audio recordings and phone records, to assist in defense preparation. Additionally, the delay is required to allow the parties to attempt to negotiate a pre-indictment resolution of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between September 30, 2021 and November 4, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: September 23, 2021               PHILLIP A. TALBERT
                                        Acting United States Attorney

                                    By: /s/ ROSANNE L. RUST
                                        ROSANNE L. RUST
                                        CHRISTOPHER S. HALES
                                        Assistant United States Attorneys

Dated: September 23, 2021           By: /s/ RONALD HEDDING
                                        Attorney for Defendant
                                        JASWINDER SINGH

| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | ROSANNE L. RUST<br>CHRISTOPHER S. HALES |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-00135-CKD |
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUDING TIME |
| v. | |
| JASWINDER SINGH, | |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 23, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

///

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to November 4, 2021, at 2:00 p.m.

2. The time between September 30, 2021, and November 4, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: September 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE