PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASWINDER SINGH,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-MJ-00135-CKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |

　　　　Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys CHRISTOPHER S. HALES and ROSANNE L. RUST, and defendant JASWINDER SINGH, both individually and by and through his retained counsel, RONALD HEDDING, hereby stipulate as follows:

　　　　1.　　The Complaint in this case was filed on August 25, 2021, and defendant first appeared before a judicial officer in the Central District of California on August 27, 2021 (C.D. Cal. Case No. 2:21-MJ-04027-DUTY-1). Defendant was ordered released at his initial appearance on a $750,000 unsecured bond and several special conditions. Defendant then had his arraignment before the Court here in the Eastern District of California on Friday, September 10, 2021, at 2:00 p.m. At the arraignment, several special conditions were imposed, including that the defendant be subject to location monitoring and home detention. ECF No. 18, Conditions 11-12.

　　　　2.　　By this stipulation, the parties jointly request that the Court remove the location

monitoring condition and the home detention condition, *i.e.*, Conditions 11 and 12, set forth in ECF No. 18. The parties have spoken with the Pretrial Services Office about this request, and it does not oppose the removal of these conditions as Mr. Singh is in compliance with his terms of release as of the filing of this request.

3. Therefore, the parties respectfully request that these conditions be removed from Mr. Singh's Special Conditions.

IT IS SO STIPULATED.

Dated: November 16, 2021　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ ROSANNE L. RUST
　　　　　　　　　　　　　　　　　　　　　　ROSANNE L. RUST
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER S. HALES
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

Dated: November 16, 2021　　　　　　　　By:　/s/ RONALD HEDDING
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　JASWINDER SINGH

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the conditions of release be modified as specified above. The terms of location monitoring and home detention should therefore be removed from Mr. Singh's Special Conditions.

Dated: November 16, 2021

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2